159 A.3d 888

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. CHARLES WHEATLEY, DEFENDANT-
PETITIONER.

February 1, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005026–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

159 A.3d 888

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. WOOJIN HWANG, DEFENDANT-PETITIONER.

February 1, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004276–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.